```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
UNITED STATES,
              Plaintiff,
v.                                            CASE NO.  15-177-K

THOMAS DANIEL WILLIAMS
              Defendant,
```

### MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the defendant and requests that the conditions of his release be modified to allow overnight travel to Mississippi for the week commencing August 9, 2015 and as grounds for said request he would show that he has obtained employment with his brother, Tony Ybarra of Shoreline Communications. (Phone number available upon request.) That company is a subcontractor for Southern Lights, an optic cable company that is currently laying cable throughout the South. Requiring that he travel back and forth from the sites in Mississippi to Foley, Alabama would be prohibitively expensive and unworkable.

```
                                    s/DOMINGO SOTO
                                    Domingo Soto
                                    SOTOD0690
                                    MADDEN & SOTO
                                    Attorney for THOMAS DANIEL WILLIAMS
                                    465 Dauphin Street
                                    Mobile, Alabama  36602
                                    251-432-0380 (voice)
                                    251-865-7686 (mobile)
                                    251-433-5964 (fax)
                                    Soto@maddenandsoto.com
```

### CERTIFICATE OF SERVICE

I hereby certify that I have on this August 10, 2015 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg Bordenkircher

```
63 S. Royal St Ste 600
Mobile Al 36602
(251) 441-5259
(251) 441-5472
Greg.Bordenkircher@usdoj.gov
Party Represented: United States
```