```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**   \*
                                \*
vs.                             \*   CRIMINAL NO. 15-00177-KD-B-1
                                \*
**THOMAS DANIEL WILLIAMS,**     \*
                                \*
    **Defendant.**         \*

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on September 15, 2015, before the undersigned Magistrate Judge. Present at this conference were Domingo Soto, counsel for Defendant, and Assistant United States Attorney Gregory A. Bordenkircher, counsel for the Government.

As a result of the conference, this action is set for a guilty plea hearing on **September 22, 2015** at **10:00 a.m.**, before United States District Judge Kristi K. DuBose, in Courtroom 5A of the United States District Court, 113 St. Joseph Street, Mobile, Alabama 36602.

Defendant will plead guilty to **Count Fourteen** in the indictment pursuant to a plea agreement. The parties are **ORDERED** to file a written Rule 11 Plea Agreement not later than **one (1) full day prior to the guilty plea hearing. Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel being required to show cause why they should not be held in contempt.**

If Defendant does not plead as set out above, defense counsel shall immediately notify the undersigned Magistrate Judge so that the pretrial conference can be resumed.

**ORDERED** this **15th** day of **September, 2015.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**