**Received(Date):** Fri, 27 Apr 2012 17:42:11 +0800
**From:** Judy <eastchina@
**To:** "Danny Williams"
**Subject:** Re: Re:

Dear Danny
   update the tracking no.: *EA122341035HK   EA122341018HK    thanks!
I will update the tracking info later, have a good day!

**Warm Regards!
Judy.**

**Mail: eastchina@
china healthy care products ltd.**

**From:** Godannywilliams
**Date:** 2012-04-25 08:39
**To:** eastchina
**Subject:** Re: RE:
JudTHOMAS for order is
Sender THOMAS WILLIAMS
Receiver Bingshui Chen
Amount 1060.00 usd
Send to: d WILLIAMS

Orange beach Al 36561
Thankyou
Best regards
Danny

Sent from my Samsung Epic™ 4G Touch


-------- Original message --------
Subject: Re: RE:
From: Judy <eastchina@
To: Danny Williams
CC:


Dear Danny
   thanks for your order, plz confirm your order:
Goods:10 bottles of cypinate, 10 bottles of deca and 20 bottles of the methyltestosterone tablets
Price: usd1060

Shipping info:
▬▬▬▬▬▬▬▬
Orange beach al 36561
Thank you judy
Have a blessed day
West union:

# Western Union:

### First Name : Bingshui    Last Name : Chen

### Address : Xinquan district , Pingxiang city , Jiangxi province , China

PLS send below detail infomation to me after you make payment:

1: sender full name(first name & last name)

2:MTCN

3: sender's country

4: amount

**Warm Regards!**
**Judy.**

**Mail: eastchina@▬▬▬**
**china healthy care products ltd.**

**From:** DANNY WILLIAMS
**Date:** 2012-04-18 04:49
**To:** judy
**Subject:** RE:
judy, i need to make a new order i need 10 bottles of cypinate, 10 bottles of deca and 20 bottles of the methyltestosterone tablets. i beleive the total is 1060.00 usd plus the shipping if im correct.
thank you
best regards
danny

Date: Mon, 26 Mar 2012 11:55:37 +0800
From: eastchina@▬▬▬
To: ▬▬▬▬▬▬▬▬
Subject: Re: Re:

Dear Williams

how are you doing? my friend. just update the tracking info:

# Mail Tracking

Outward Speedpost

 Print friendly version

| Item Number | Destination | Delivery Status | Event Date |
|---|---|---|---|
| EA122340732HK | United States of America | Arrived and is being processed. | 24-Mar-2012 |

Full status history is available if you click the item number.

---

**Warm Regards!**
**Judy.**

**Mail: eastchina@**
**china healthy care products ltd.**

**From:** Danny Williams
**Date:** 2012-03-21 23:13
**To:** eastchina
**Subject:** Re: Re:
Judy you get my email from yesterday.


Danny Williams


-------- Original message --------
Subject: Re: Re:
From: Judy <eastchina@
To:
CC:


Dear williams,
     this package is 10 boxes testosterone cypinate , and the  5kits TAITROPIN & 1kit IGTROPIN & 1kit MT2 is on the way, just give few more times, thanks!
it's on the way going to your side, thanks! next order i will arrange to the fast shipping way.

thanks! hope everything going fine, and thanks for your understand!

# Track & Confirm

| Your Label Number | Service | Status of Your Item | Date & Time | Location | Features |
|---|---|---|---|---|---|
| Result 1 | RB495356921HK | | Acceptance | February 24, 2012, 11:51 am | HONG KONG | Registered Mail |

**Warm Regards!**
**Judy.**

**MSN&EMAIL: EASTCHINA@**███████
**EASTCHINA HEALTHY PRODUCTS CO.,**

**From:** Danny Williams
**Date:** 2012-02-26 23:10
**To:** eastchina
**Subject:** Re: Re:
Judy i got the second order of cypinate, but i never received the hgh , igf and meloaton.

Danny Williams

-------- Original message --------
Subject: Re: Re:
From: Judy <eastchina@███████
To: ███████
CC:

Dear Williams
   just update the tracking info. hope everything going fine, goods had deliveried already. thanks! just waitting for your next order. have a good day!